**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN B. FOY,** | ) | **Case No. 1:14CV907** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **O R D E R** |
| | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **Defendant.** | ) | |
| | ) | |

On April 28,2014, Plaintiff filed a complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1). This matter was referred to Magistrate Judge George J. Limbert pursuant to Local Rule 72.2. On June 15, 2015, the Magistrate Judge recommended that the decision of the Commissioner be reversed and the matter remanded for further proceedings. (Dkt. #19).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within fourteen days after service, but Petitioner has failed to timely file any such objections. Therefore, the Court must assume that Petitioner is satisfied with the Magistrate Judge's recommendation. Any

further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, Magistrate Judge Limbert's Report and Recommendation is **ADOPTED** and the decision of the Commissioner is vacated and the case remanded for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

Dated:7/8/2015

*S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE