**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN B. FOY, | ) | CASE NO.1:14CV907 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | ORDER |
| Defendant. | ) | |

<u>**CHRISTOPHER A. BOYKO, J:**</u>

This matter is before the Court on Magistrate Judge Limbert's Report and Recommendation (ECF #30) granting Plaintiff's Motion to Vacate Report and Recommendation Regarding EAJA Fees as Premature. (ECF #25). Defendant has filed a Response to Report and Recommendation stating they will not be filing an objection.

Therefore, the Court adopts the Report and Recommendation of the Magistrate Judge and grants Plaintiff's Motion to vacate the Magistrate Judge's Report and Recommendation. Plaintiff's Motion for Attorney Fees (ECF#21) is referred to the

1

Magistrate Judge for a final Report and Recommendation.

       IT IS SO ORDERED.

Date: 11/5/2015
        s/Christopher A. Boyko
        CHRISTOPHER A. BOYKO
        United States District Judge