**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN B. FOY,** | ) | **CASE NO.1:14CV907** |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **COMMISSIONER OF SOCIAL** | ) | **ORDER** |
| **SECURITY,** | ) | |
| **Defendant.** | ) | |

<u>**CHRISTOPHER A. BOYKO, J:**</u>

This matter is before the Court on Magistrate Judge Limbert's Report and

Recommendation (ECF #33) to grant Plaintiff's Application for Attorney Fees Under the

Equal Access to Justice Act.  (ECF #21).  Defendant has not filed an objection.

FED. R. CIV.P. 72(b) provides that objections to a report and

recommendation must be filed within fourteen days after service, but Defendant

has failed to timely file any such objections.  Therefore, the Court must assume

that Defendant is satisfied with the Magistrate Judge's recommendation.  Any

1

further review by this Court would be a duplicative and an inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Court adopts the Report and Recommendation of the Magistrate Judge, grants Plaintiff's Motion and authorizes attorney fees in this case of $6,084.01, and fees for Appellate Assistant Shriver's services in the amount of $280.00, for a total of $6,364.01.

IT IS SO ORDERED.

s/Christopher A. Boyko
Date: 12/4/2015                     CHRISTOPHER A. BOYKO
                                    United States District Judge

2