UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN B. FOY | ) | CASE NO. 1:14CV907 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | Magistrate Judge George J. Limbert |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION | ) | REPORT AND RECOMMENDATION |
| | ) | OF MAGISTRATE JUDGE |
| Defendant | ) | |

This matter is before the undersigned for a Report and Recommendation on Plaintiff's motion for attorney fees in the amount of $21,134.50 to be paid from his past due benefits filed pursuant to the Equal Access to Justice Act ("EAJA"). *See* ECF Dkt.#'s 36, 37). Defendant has filed a response not opposing Plaintiff's motion. *See* ECF Dkt. #38.

**CONCLUSION AND RECOMMENDATION**

For the foregoing reasons, the undersigned recommends that the Court grant Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act (ECF Dkt.#36), and grant Plaintiff attorney fees in the amount of $21,134.50 to be paid out of Plaintiff's past due benefits pursuant to 42 U.S.C. § 406(b).

Dated: October 15, 2018         /s/George J. Limbert
                                GEORGE J. LIMBERT
                                U.S. MAGISTRATE JUDGE

ANY OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of receipt of this notice. Failure to file objections within the specified time WAIVES the right to appeal the Magistrate Judge's recommendation. *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140 (1985).